| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER | |
|---|---|
| Eric Lechtzin (I.D. # 248958) <br> EDELSON LECHTZIN LLP <br> 411 S. State Street, Suite N-300 <br> Newtown, PA 18940 <br> Telephone: (215) 867-2399 <br> Facsimile: (267) 685-0676 <br> elechtzin@edelson-law.com | |
| ATTORNEY(S) FOR: Plaintiffs | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| MAX WINER, individually and on behalf of all others similarly situated, <br><br> Plaintiff(s), <br> v. <br><br> Defendant(s) | CASE NUMBER: <br><br><br> **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** <br> (Local Rule 7.1-1) |
|---|---|

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for  Plaintiff MAX WINER, or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| **PARTY** | **CONNECTION / INTEREST** |
|---|---|
| MAX WINER, | Plaintiffs |
| WISNER BAUM, LLP | Defendant |

| February 4, 2026 | /s/ Eric Lechtzin |
|---|---|
| Date | Signature |

Attorney of record for (or name of party appearing in pro per):

Plaintiff