**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Max Winer <br><br> v. <br><br> Wisner Baum LLP <br><br> PLAINTIFF(S) <br><br> DEFENDANT(S). | **CASE NUMBER** <br><br> 2:26-cv-01157-HDV-ASx <br><br> **ORDER RE TRANSFER** <br> **(RELATED CASES)** |

**CONSENT**

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to this Court's General Order in the Matter of Assignment of Cases and Duties to District Judges.

February 23, 2026                                    /s/ Stephen V. Wilson                    Stephen V. Wilson
Date                                                         United States District Judge

**DECLINATION**

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

_____
_____
_____
_____

_____              _____
Date                                                   United States District Judge

**REASON FOR TRANSFER AS INDICATED BY COUNSEL**

Case   2:26-cv-01017-SVW-AS   and the present case:

☑ A.  Arise from the same or closely related transactions, happenings or events; or
☑ B.  Call for determination of the same or substantially related or similar questions of law and fact; or
☑ C.  For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D.  Involve one or more defendants from the criminal case in common, and would entail substantial duplication of labor if heard by different judges (applicable only on civil forfeiture action).

**NOTICE TO COUNSEL FROM CLERK**

Pursuant to the above transfer, any discovery matters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge    N/A    to Magistrate Judge    N/A   .

On all documents subsequently filed in this case, please substitute the initials   SVW-ASx   after the case number in place of the initials of the prior judge, so that the case number will read   2:26-cv-01157-SVW-ASx  . This is very important because the documents are routed to the assigned judges by means of these initials

cc:  ☑ *Previous Judge*      ☐ *Statistics Clerk*

CV-34 (06/23)                                         ORDER RE TRANSFER (Related Cases)