Sean P. Killeen, SBN 320644
**BAKER & HOSTETLER LLP**
Transamerica Pyramid Center
600 Montgomery Street
San Francisco, CA 94111
Telephone: 415.659.2600
Facsimile: 415.659.2601
Email: skilleen@bakerlaw.com

*Attorneys for Defendant*
WISNER BAUM, LLP

# IN THE UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAX WINER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WISNER BAUM, LLP<br><br>Defendant. | Case No.: 2:26-cv-01157<br><br>**STIPULATION TO VACATE CURRENT RESPONSE DEADLINES AND SET DEFENDANT'S DEADLINE TO RESPOND TO CONSOLIDATED COMPLAINT**<br><br>Complaint Served: 02/09/2026<br>Current Response Date: 03/02/2026<br>New Response Date: *30 days after the filing of Consolidated Complaint.* |

## RECITALS

WHEREAS, on February 4, 2026, Plaintiff Max Winer ("Plaintiff") filed a Complaint ("Complaint") in this Court against Defendant Wisner Baum, LLP ("Defendant") (together, the "Parties");

WHEREAS, on February 9, 2026, Defendant Wisner Baum, LLP was served with the Complaint;

WHEREAS, based on the foregoing, and pursuant to Fed. R. Civ. P. 12, Defendant Wisner Baum, LLP initial deadline to respond to Plaintiff's Complaint is March 2, 2026; and

WHEREAS, one or more related actions asserting overlapping or similar claims have been filed in this District, including *Hartman v. Wisner Baum, LLP*, No. 2:26-cv-01017; *Rutledge v. Wisner Baum, LLP*, No. 2:26-cv-01033; *Denney v. Wisner Baum, LLP*, No. 2:26-cv-01075; and *Winer v. Wisner Baum, LLP*, No. 2:26-cv-01157 (collectively, the "Related Actions");

WHEREAS, on February 9, 2026, the named plaintiffs in the Related Actions filed a Joint Motion to Consolidate in the first-filed Hartman action (Dkt. 10), and motions regarding interim lead counsel and leadership structure are forthcoming;

WHEREAS, the allegations in each case of the Related Actions are premised on the same data security incident involving the same defendant and raise common questions of law and fact;

WHEREAS, if the motion to consolidate is granted, plaintiffs in the Related Actions will file a consolidated complaint to which Defendant will respond;

WHEREAS, the Parties agree that it would be inefficient and would potentially waste judicial resources for Defendant to file separate responsive pleadings in each lawsuit prior to an order on consolidation; and

WHEREAS, to conserve judicial resources and for efficiency, the Parties agree to extend Defendant's time to respond to the complaint until thirty (30) days after the

- 2 -

STIPULATION TO EXTEND TIME FOR DEFENDANT WISNER BAUM, LLP
TO RESPOND TO INITIAL COMPLAINT BY NO MORE THAN 30 DAYS (L. R. 8-3)
CASE NO.: 2:26-CV-01157

motion to consolidate is denied by the Court, or if the motion to consolidate is granted by the Court, thirty (30) days after the Court enters an order regarding consolidation and class leadership, and the plaintiffs have filed a consolidated complaint.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties through their respective counsel, that Defendant's time to respond to the complaint shall be extended until the later of: (1) thirty (30) days after the motion to consolidate is denied by the Court; or (2) if the motion to consolidate is granted by the Court, thirty (30) days after the Court enters an order regarding class leadership, and the plaintiffs have filed a consolidated complaint.

**IT IS SO STIPULATED**.

DATED: February 26, 2026        **BAKER & HOSTETLER LLP**

By:   */s/ Sean P. Killeen*
         Sean P. Killeen

*Attorneys for Defendant*
WISNER BAUM, LLP

DATED: February 26, 2026        **EDELSON LECHTZIN LLP**

By:   */s/ Eric Lechtzin*
         Eric Lechtzin

*Attorneys for Plaintiff*
MAX WINER

## ATTESTATION

Pursuant to L.R. 5-4.3.4, the undersigned hereby attests that all signatories listed above, and on whose behalf this Stipulation is submitted, concur in and have authorized the filing of this Stipulation.

/s/ Sean P. Killeen
SEAN P. KILLEEN