COLE & VAN NOTE
ATTORNEYS AT LAW
555 12TH STREET, SUITE 2100
OAKLAND, CA 94607
TEL: (510) 891-9800

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA HARTMAN, individually and on behalf of all others similarly situated,<br><br>    Plaintiff<br><br>  v.<br><br>WISNER BAUM, LLP,<br><br>    Defendants. | Case No. 2:26-cv-01017<br><br>**ORDER GRANTING PLAINTIFFS' MOTION FOR CONSOLIDATION** |
| MATTHEW RUTLEDGE, individually and on behalf of all others similarly situated,<br><br>    Plaintiff<br><br>  v.<br><br>WISNER BAUM, LLP,<br><br>    Defendants. | Case No. 2:26-cv-01033 |

-1-
ORDER GRANTING MOTION FOR CONSOLIDATION Case No.: 2:26-cv-01017

COLE & VAN NOTE
ATTORNEYS AT LAW
555 12TH STREET, SUITE 2100
OAKLAND, CA 94607
TEL: (510) 891-9800

| | |
|---|---|
| ERIC DENNEY, individually and on behalf of all others similarly situated, | Case No. 2:26-cv-01075 |
| Plaintiff | |
| v. | |
| WISNER BAUM, LLP, | |
| Defendants. | |
| MAX WINER, individually and on behalf of all others similarly situated, | Case No. 2:26-cv-01157 |
| Plaintiff | |
| v. | |
| WISNER BAUM, LLP, | |
| Defendants. | |

Having considered Plaintiffs' Motion for Consolidation and good cause appearing therefor, the Court **ORDERS** as follows:

1.    The Motion is **GRANTED**.

2.    Pursuant to Federal Rules of Civil Procedure Rule 42(a), (1) *Donna Hartman v. Wisner Baum. LLP,* (Central District of California, Case No. 2:26-cv-01017), (2) *Matthew Rutledge v. Wisner Baum. LLP*, (Central District of California, Case No. 2:26-cv-01033), (3) *Eric Denney v. Wisner Baum, LLP* (Central District of California, Case No. 22:26-cv-01075) and (4) *Max Winer v. Wisner Baum, LLP*, (Central District of California, Case No. 2:26-cv-01157) (collectively, the "Related Cases"), are consolidated for pretrial proceedings under the lower-numbered *Hartman* case, No. 2:26-cv-01017.

3.    Any action arising out of the same or similar operative facts as the Related Cases currently pending or hereafter filed in, removed to, or transferred to

ORDER GRANTING MOTION FOR CONSOLIDATION Case No.: 2:26-cv-01017

this District, shall be consolidated for pre-trial purposes pursuant to Rule 42(a) (the "Consolidated Action").

4.      All papers filed in the Consolidated Action shall be filed under Case Number 2:26-cv-01017.

5.      Plaintiffs shall file a Consolidated Complaint no later than 30 days following the entry of this Order.

6.      Any response to the Consolidated Complaint shall be filed no later than 30 days from the filing of the Consolidated Complaint. All prior response deadlines are vacated.

**IT IS SO ORDERED.**

Dated: March 5, 2026

_____

HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

COLE & VAN NOTE
ATTORNEYS AT LAW
555 12TH STREET, SUITE 2100
OAKLAND, CA 94607
TEL.: (510) 891-9800

-3-

ORDER GRANTING MOTION FOR CONSOLIDATION Case No.: 2:26-cv-01017